UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24cr538 SDM-SPF

ANTHONY SANDERS
    a/k/a "Slanga," and
MARLITA ANDREWS

18 U.S.C. § 1349
(Conspiracy to Commit Wire Fraud)

### INDICTMENT

The Grand Jury charges:

DEC 11 2024 PM 4:11
FILED - USDC - FLMD - TPA

### COUNT ONE
**(Conspiracy to Commit Wire Fraud)**

Beginning on an unknown date and continuing through on or about February 6, 2024, in the Middle District of Florida, and elsewhere, the defendants,

ANTHONY SANDERS and
MARLITA ANDREWS,

did knowingly and willfully combine, conspire, confederate, and agree with others, both known and unknown to the Grand Jury, and with each other, to commit certain offenses, to wit, to execute and attempt to execute a scheme and artifice to defraud, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, by transmitting or causing to be transmitted by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of 18 U.S.C. § 1343.

All in violation of 18 U.S.C. § 1349.

## FORFEITURE

1.  The allegations contained in Count One of this Indictment are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.  Upon conviction of a violation of 18 U.S.C. § 1349, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3.  The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of approximately $12,825, which represents proceeds obtained from the offenses.

4.  If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
ROSS ROBERTS
Assistant United States Attorney

By: _____
For:
MICHAEL C. SINACORE
Assistant United States Attorney
Chief, Special Prosecutions Section

FORM OBD-34
December 24

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

**ANTHONY SANDERS**
a/k/a "Slanga" and
**MARLITA ANDREWS**

## INDICTMENT

Violation: 18 U.S.C. § 1349

A true bill,

_____
Foreperson

Filed in open court this 11th day of December, 2024.

_____
Clerk
JEREMIAH SMITH

Bail $_____

GPO 863 525