UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-538-SDM-SPF

ANTHONY SANDERS and
MARLITA ANDREWS

## JOINT STATUS REPORT (SEPTEMBER 2025)

Pursuant to the Court's Orders, Docs. 17, 25, counsel for the United States and Defendants, Anthony Sanders and Marlita Andrews, file this joint status report.

1. **Brief summary of the case's status:**

On December 11, 2024, a federal grand jury charged Defendants by indictment with one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349. Doc. 1. There are currently no remaining defendants to be charged, although the United States is investigating known and unknown co-conspirators.

Defendant Marlita Andrews was arrested on December 19, 2024, and had her initial appearance in the Middle District of Georgia. She was ordered released with several conditions of release, to include a curfew and GPS monitoring. Docs. 6, 8.

Defendant Anthony Sanders was arrested on January 2, 2025, and had his initial appearance in the Northern District of Georgia. He was ordered detained pending trial. Docs. 9, 10.

The arraignment for both Defendants was held in the Middle District of Florida on February 7, 2025. *See* Doc. 24.

The Court set this case for the April 2025 trial term and ordered the parties to file a joint status report by the tenth day of each month. Docs. 17, 25. The Court previously continued this case to the November 2025 trial term. Docs. 32, 38.

This is the eighth status report filed by the parties.

2.   **Possibility of a plea agreement:**

Defendant Anthony Sanders entered a plea of guilty without a plea agreement. Sentencing is set for November 19, 2025.

The parties are working towards a resolution for Defendant Marlita Andrews.

3.   **Number of days required for trial:**

The United States anticipates that trial requires approximately three or four days.

4.   **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

There are no pending motions.

5.   **Potential speedy trial problems:**

The parties do not foresee any speedy trial issues.

The United States has consulted with defense counsel who agrees to the above information.

                Respectfully Submitted,

                GREGORY W. KEHOE
                United States Attorney

By:   */s/ Ross Roberts*
       Ross Roberts
       Assistant United States Attorney
       Florida Bar No. 126847
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       Email: Ross.Roberts@usdoj.gov

U.S. v. Anthony Sanders, et al.                    Case No. 8:24-cr-538-SDM-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                            */s/ Ross Roberts*
                                            Ross Roberts
                                            Assistant United States Attorney
                                            Florida Bar No. 126847
                                            400 N. Tampa Street, Suite 3200
                                            Tampa, Florida 33602-4798
                                            Telephone: (813) 274-6000
                                            Facsimile: (813) 274-6358
                                            E-mail: Ross.Roberts@usdoj.gov